# United States Court of Appeals
## For the First Circuit

---

No. 12-1349

NUPUR PATEL,

Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General,

Respondent.

---

**ERRATA SHEET**

The opinion of this Court issued on February 1, 2013, is amended as follows:

On page 14, lines 9-11, replace "Consequently, we hold that the BIA erred in finding Patel removable, and need not decide whether he would be eligible for a waiver." with "Consequently, we hold that the BIA erred in finding Patel removable on the ground that the record of conviction revealed an intent to cause a permanent deprivation, and we need not decide whether he would be eligible for a waiver."